Amazon.com: Qzeuoucu

# Amazon

Delivering to Phoenix 85012 — Update location

All | Search Amazon

EN | Hello, sign in Account & Lists | Returns & Orders

All | Amazon Haul | Medical Care | Saks | Best Sellers | Amazon Basics | New Releases | Registry | Groceries | Today's Deals



Qzeuoucu

Follow | HOME | POSTS

Search all Qzeuoucu



See products

Qzeuoucu Custom Neon Sign, Personalized LED Neon Sign Customizable For Wall Decor...

4.6 ★★★★☆ 27

$23.90



Case: 1:25-cv-06611 Document #: 2-3 Filed: 06/15/25 Page 2 of 5 PageID #:30



Get it by June 26 - July 9.

Ships from and sold by kangzhiyuan.

- 【Neon Sign Customizable】 Design your own unique custom neon sign. You can customize your name, logo, words, emoji, wedding backdrop and choose your favorite font, color,

Show more

Coupon: Apply 15% coupon   Terms

See all details



Qzeuoucu Custom Neon Signs













Qzeuoucu Custom Neon Sign,LED Neon Sign...
4.4 ★★★★½ 956
$23⁹⁰
Save 15% with coupon
Get it by June 26 - July 9
1K+ bought in past month

See options

Qzeuoucu Custom Neon Sign,Personalized LED...
4.6 ★★★★½ 27
$23⁹⁰
Save 15% with coupon
Get it by June 26 - July 9

See options

Qzeuoucu Custom Neon Signs for Wall...
$49⁹⁹
Get it by June 26 - July 9

See options





Qzeuoucu Congrats Grad Neon Sign,Congrats...
$98⁹⁹
Get it by June 26 - July 9

Add to Cart

Qzeuoucu Custom Neon Sign for Wall...
4.0 ★★★★☆ 1
$78⁹⁹
Get it by June 26 - July 9

See options

Qzeuoucu Custom Neon Sign RGB Color...
$149⁰⁰
Get it by June 26 - July 9

See options







Qzeuoucu Hello gorgeous Neon Sign for Wall...
$78.80

Get it by June 26 - July 9

Add to Cart



Congrats Grad Neon Sign Custom LED Neon...
$98.99

Get it by June 26 - July 9

Add to Cart



Qzeuoucu Yes Sir Neon Signs for Bedroom
$88.00

Get it by June 26 - July 9

Add to Cart



Qzeuoucu Large size Marry Me Neon Sign for...
$66.90

Get it by June 26 - July 9

Add to Cart



Qzeuoucu Large Size Good Vibes Neon Signs for...
$66.99

Get it by June 26 - July 9

Add to Cart



Qzeuoucu This Must Be The Place Neon Si...
$78.00

Get it by June 26 - July 8

Add to Cart







| Qzeuoucu Let's Party LED Neon Lights for... | Qzeuoucu Custom Neon Sign for Wall... | Christmas neon signs, Merry Christmas Le... |
|---|---|---|
| $75.99 | 4.0 ★★★★☆ 1 | $179.00 |
|  | $86.80 |  |
| Get it by June 26 - July 9 | Get it by June 26 - July 9 | Get it by June 26 - July 9 |
| Add to Cart | See options | Add to Cart |



Share

Share this page with your friends.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us He... |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Accou... |