# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  Assignment ID: TMI627691
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Qiuju Chen | | 11/13/2024 | INDIVIDUAL: CHINA |

## RECEIVING PARTY DATA

| Individual Name: | Shangyang Jia |
|---|---|
| Street Address: | No. 355 Shangqintun, Shanbei Village |
| Internal Address: | Shanbei Township, Qintang District |
| City: | Guigang Guangxi |
| State/Country: | CHINA |
| Postal Code: | 537000 |
| Entity Type: | INDIVIDUAL: CHINA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 7278415 | QZEUOUCU |

## CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 18003023230 |
|---|---|
| Email: | 18003023230@163.com,756024579@qq.com |
| Correspondent Name: | Shangyang Jia |
| Address Line 1: | No. 355 Shangqintun, Shanbei Village |
| Address Line 2: | Shanbei Township, Qintang District |
| Address Line 4: | Guigang Guangxi, CHINA 537000 |

| NAME OF SUBMITTER: | Weili Deng |
|---|---|
| SIGNATURE: | Weili Deng |
| DATE SIGNED: | 11/13/2024 |

Total Attachments: 1
source=deed of assignment of trade mark Qzeuoucu 7278415#page1.tiff

ASSIGNMENT OF TRADEMARK

Whereas __Chen, Qiuju__
(name of assignor)

Of __Room 1102, No.7, Liting Street, Baiyun, Guangzhou CHINA 510000__
(address)

Owns trademark reg.# __7278415__

Word Mark __Qzeuoucu__.

Whereas __Jia, Shangyang__
(name of assignee)

of __No. 355 Shangqintun, Shanbei Village, Shanbei Township, Qintang District, Guigang Guangxi CHINA 537000__
(address)

Whereas, The Assignee desires to acquire from the Assignor all of Assignor's right, title and interest in and to the Trademark application and/or registration, together with the benefit of any use of the Trademark by the Assignor, and the goodwill of the business relations to the Trademark and to the wares or services associated with it, to hold unto the Assignee absolutely, The Assignee Li Peng's Passport No. is ███████

Now therefore, in consideration of the payment of one dollar ($1.00) and for good and valuable consideration, the receipt, sufficiency and adequacy of which is hereby acknowledged, the Assignor and the Assignee hereby agree as follows:

Trademark Assignment, the Assignor hereby sells, transfers and assigns to the Assignee, its successors and assigns, the Assignor's entire right, title and interest in and to the Trademark application and/or registrations, together with (i) the benefit of any use of the Trademark by the Assignor (ii) the goodwill of the business relations to the Trademark and to the wares or services associated with it, (iii) all income, royalties and damages hereafter due or payable to Assignor with respect to the Trademark(s) to hold unto the Assignee absolutely.

Signature of assignor: *Chen Qiuju*     Date of Execution: 11/13/2024

Signatory's Name: __Chen, Qiuju__

Signatory's Position: __Individual__