# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                              Assignment ID: TMI445911
Stylesheet Version v1.2

| SUBMISSION TYPE: | RESUBMISSION |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| RESUBMIT DOCUMENT ID: | 900870384 |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| SIWEN CHEN | | 07/12/2024 | INDIVIDUAL: CHINA |

### RECEIVING PARTY DATA

| Individual Name: | Peng Li |
|---|---|
| Street Address: | Room 29B, Building D, OCT Emerald County, No. 9002 |
| Internal Address: | Shennan Avenue, Nanshan District |
| City: | Shenzhen, Guangdong |
| State/Country: | CHINA |
| Postal Code: | 518053 |
| Entity Type: | INDIVIDUAL: CHINA |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 7258344 | KAIAGERBE NATURAL GENE |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 18003023230 |
|---|---|
| Email: | 18003023230@163.com |
| Correspondent Name: | Peng Li |
| Address Line 1: | Room 29B, Building D, OCT Emerald County, No. 9002 |
| Address Line 2: | Shennan Avenue, Nanshan District |
| Address Line 4: | Shenzhen, Guangdong, CHINA 518053 |

| NAME OF SUBMITTER: | Weili Deng |
|---|---|
| SIGNATURE: | Weili Deng |
| DATE SIGNED: | 08/22/2024 |

**Total Attachments: 1**
source=deed of assignment of trade mark KAIAGERBE NATURAL GENE 7258344#page1.tiff

## ASSIGNMENT OF TRADEMARK

Whereas  CHEN, SIWEN
(name of assignor)

Of NO. 94, HUANHE SOUTH ROAD, LONGGANG CITY, ZHEJIANG CHINA 325802
(address)

Owns trademark reg.# 7258344

Word Mark  KAIAGERBE NATURAL GENE

Whereas Li, Peng
(name of assignee)

of  Room 29B, Building D, OCT Emerald County, No. 9002, Shennan Avenue, Nanshan District, Shenzhen, Guangdong, China 518053
(address)

Whereas, The Assignee desires to acquire from the Assignor all of Assignor's right, title and interest in and to the Trademark application and/or registration, together with the benefit of any use of the Trademark by the Assignor, and the goodwill of the business relations to the Trademark and to the wares or services associated with it, to hold unto the Assignee absolutely, The Assignee Li Peng's Passport No. is [redacted]

Now therefore, in consideration of the payment of one dollar ($1.00) and for good and valuable consideration, the receipt, sufficiency and adequacy of which is hereby acknowledged, the Assignor and the Assignee hereby agree as follows:

Trademark Assignment, the Assignor hereby sells, transfers and assigns to the Assignee, its successors and assigns, the Assignor's entire right, title and interest in and to the Trademark application and/or registrations, together with (i) the benefit of any use of the Trademark by the Assignor (ii) the goodwill of the business relations to the Trademark and to the wares or services associated with it, (iii) all income, royalties and damages hereafter due or payable to Assignor with respect to the Trademark(s) to hold unto the Assignee absolutely.

Signature of assignor: *CHEN SIWEN*        Date of Execution: 07/12/2024

Signatory's Name:  CHEN, SIWEN

Signatory's Position: Individual