IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE,**<br><br>Plaintiff,<br><br>~ *against* ~<br><br>**RANE ROE**;<br>**ABC CORP. 1**;<br>**ABC CORP. 2**;<br>**SANE SOE**; *and*<br>**JOHN DOES 1 – 10**,<br><br>Defendants, | Case No.: <u>1:25-cv-06611</u><br><br>District Judge:<br><br>Magistrate Judge: |

**NOTICE OF MOTION**

**MOTION BY JOHN DOE PURSUANT TO
LOCAL RULE 26.2 FOR LEAVE TO FILE
UNREDACTED COMPLAINT AND
THE AFFIDAVIT IN SUPPORT OF MOTION TO SEAL
UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to Local Rule 26.2 and other relevant rules and practices of this Court, the Plaintiff John Doe shall appear before the Honorable District Judge at such time as this matter may be scheduled to be presented and heard on the following Motion:

> Motion by Plaintiff John Doe pursuant to Local Rule 26.2, and other relevant rules and practices for this Court for an Order granting Leave to File an Unredacted copy of the Complaint and the Affidavit in Support of this Motion Under Seal.

**Dated:** June 15, 2025

                                                RESPECTFULLY SUBMITTED,

By: _____
Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.