- 1 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JOHN DOE,** | Case No.: <u>1:25-cv-06611</u> |
| Plaintiff, | |
| ~ *against* ~ | **District Judge:** |
| **RANE ROE**; | |
| **ABC CORP. 1**; | |
| **ABC CORP. 2**; | **Magistrate Judge:** |
| **SANE SOE**; *and* | |
| **JOHN DOES 1 – 10**, | |
| Defendants, | |

**AFFIDAVIT IN SUPPORT OF**
**PLAINTIFF'S MOTION TO FILE COMPLAINT**
**AND THIS AFFIDAVIT UNDER SEAL**


**[REDACTED – MOTION TO SEAL FORTHCOMING]**

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.