UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

John Doe
                Plaintiff,

v.                                                     Case No.: 1:25−cv−06611
                                                         Honorable John J. Tharp Jr.

Rane Roe, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for leave to file document under seal [4] is denied. The document filed at ECF no. [1], which the plaintiff erroneously describes as a redacted version of the provisionally sealed complaint at ECF no. [2], is in fact a separate document. It contains no redactions, has different wording, and omits entire paragraphs with no indication that the paragraphs exist in the sealed document. The plaintiff has also failed to mark all redacted text with colored highlighting in the provisionally sealed document. Nor has the plaintiff provided redacted versions of the provisionally sealed affidavit [3] or supporting exhibits [2]. Contrary to the plaintiff's assertion, therefore, it has failed to comply with Local Rule 26.2(c). Moreover, the plaintiff has not provided an explanation for why it has "a substantial privacy right which outweighs the customary and constitutionally−embedded presumption of openness in judicial proceedings" or address any of the factors considered by courts in this district when weighing whether to permit proceeding by pseudonym. Doe v. Cook Cnty., Illinois, 542 F. Supp. 3d 779, 784 (N.D. Ill. 2021); see also Doe v. Purdue Univ., 321 F.R.D. 339, 341 (N.D. Ind. 2017). By 7/1/25, the plaintiff is directed to file (1) an amended unredacted motion to seal (itself provisionally sealed and highlighted as needed), including any accompanying affidavits, that provides good cause to seal on an item by item basis as required by Rule 26.2(c); (2) a motion to proceed by pseudonym (itself provisionally sealed and highlighted as needed) addressing factors pertinent to that determination; (3) public versions of every document, including supporting affidavits and exhibits, that the plaintiff would like to seal that have been redacted properly on a line by line basis as required by Rule 26.2(c) (redacting a document in its entirety will not be permitted). Failure to make these submissions may result in dismissal of this case. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Case: 1:25-cv-06611 Document #: 9 Filed: 06/17/25 Page 2 of 2 PageID #:109