

# kangzhiyuan

Visit the kangzhiyuan storefront

★★★☆☆ | **63% positive** in the last 12 months (239 ratings)

## About Seller

kangzhiyuan is committed to providing each customer with the highest standard of customer service.

### Have a question for kangzhiyuan?

Ask a question

## Reviews



★★★☆☆ 3.6 out of 5
239 ratings

12 months ▼

| | |
|---|---|
| 5 star | 52% |
| 4 star | 11% |
| 3 star | 8% |
| 2 star | 5% |
| 1 star | 24% |

Learn more about how seller reviews work on Amazon ▼

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▼

239 total ratings, 239 with feedback for 12 months ⓘ

★☆☆☆☆  " ~~Still have not received my order????~~ "
By Lynn on June 12, 2025.
**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★★★★★  " great "
By Reagan Jones on June 11, 2025.

★☆☆☆☆  " Received a completely different item "
By Skylar carver on June 10, 2025.
" Hello. Received your feedback. You said you received a different product, was it a wrong shipment? Please take a photo and show us. We will take care of any pro… "
Read more
By kangzhiyuan on June 11, 2025.

★☆☆☆☆  " ~~I am concerned that the item I ordered has not arrived nor have I been informed of any changes or plans in getting this item to the address, indicated! What's g…~~ "
Read more
By Laszlo de Simon on June 4, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

 "My granddaughter loves it!"

By Laurent L'Heureux on June 4, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** guangzhoukangzhiyuanhuanbaokejiyouxiangongsi
**Business Address:**
  广州市番禺区南村镇
  金江大道164号227室
  广州市
  广东
  511400
  CN

## Shipping Policies

## Other Policies

## Help

Leave seller feedback

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

### Amazon Payment Products
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

 English  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates