Amazon.com: Qzeuoucu

https://www.amazon.com/stores/page/045C5F92-9F14-48EF-A22D-AA69BEFC...    Incognito

# Amazon
Delivering to Phoenix 85012 Update location | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders

All  Amazon Haul  Medical Care  Saks  Best Sellers  Amazon Basics  New Releases  Registry  Groceries  Today's Deals



**Qzeuoucu**

Follow  HOME  POSTS

Search all Qzeuoucu



See products

## Qzeuoucu Custom Neon Sign, Personalized LED Neon Sign Customizable For Wall Decor...

4.6 ★★★★☆ 27

$23.90





Get it by June 26 - July 9.

Ships from and sold by kangzhiyuan.

- 【Neon Sign Customizable】 Design your own unique custom neon sign. You can customize your name, logo, words, emoji, wedding backdrop and choose your favorite font, color,

  ˅ Show more

  Coupon: Apply 15% coupon   Terms

See all details



Qzeuoucu Custom Neon Signs













Qzeuoucu Custom Neon Sign,LED Neon Sign...
4.4 ★★★★☆ 956
$23⁹⁰
Save 15% with coupon
Get it by June 26 - July 9
1K+ bought in past month

See options

Qzeuoucu Custom Neon Sign,Personalized LED...
4.6 ★★★★☆ 27
$23⁹⁰
Save 15% with coupon
Get it by June 26 - July 9

See options

Qzeuoucu Custom Neon Signs for Wall...
$49⁹⁹
Get it by June 26 - July 9

See options





 Quick look

Qzeuoucu Congrats Grad Neon Sign,Congrats...
$98⁹⁹
Get it by June 26 - July 9

Add to Cart

Qzeuoucu Custom Neon Sign for Wall...
4.0 ★★★★☆ 1
$78⁹⁹
Get it by June 26 - July 9

See options

Qzeuoucu Custom Neon Sign RGB Color...
$149⁰⁰
Get it by June 26 - July 9

See options









| | | |
|---|---|---|
| Qzeuoucu Hello gorgeous Neon Sign for Wall... | Congrats Grad Neon Sign Custom LED Neon... | Qzeuoucu Yes Sir Neon Signs for Bedroom |
| $78⁸⁰ | $98⁹⁹ | $88⁰⁰ |
| Get it by June 26 - July 9 | Get it by June 26 - July 9 | Get it by June 26 - July 9 |
| Add to Cart | Add to Cart | Add to Cart |





Qzeuoucu Large size Marry Me Neon Sign for... — $66⁹⁰ — Get it by June 26 - July 9 — Add to Cart

Qzeuoucu Large Size Good Vibes Neon Signs for... — $66⁹⁹ — Get it by June 26 - July 9 — Add to Cart

Qzeuoucu This Must Be The Place Neon Si... — $78⁰⁰ — Get it by June 26 - July 8 — Add to Cart





Qzeuoucu Let's Party LED Neon Lights for...
$75.99
Get it by June 26 - July 9

**Add to Cart**

Qzeuoucu Custom Neon Sign for Wall...
4.0 ★★★★☆ 1
$86.80
Get it by June 26 - July 9

**See options**

Christmas neon signs, Merry Christmas Le
$179.00
Get it by June 26 - July 9

**Add to Cart**



**Share**

Share this page with your friends.

Back to top

### Get to Know Us
Careers

### Make Money with Us
Sell on Amazon

### Amazon Payment Products
Amazon Visa

### Let Us He
Your Accoun