PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 97737373**
**Filing Date: 12/30/2022**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Qzeuoucu |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Qzeuoucu |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Chen, Qiuju |
| *MAILING ADDRESS | Room 1102, No.7, Liting Street |
| *CITY | Baiyun, Guangzhou |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 510000 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Electronic advertisement boards featuring a neon lamp; Neon signs; Ring lights for use in photography |
| *FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 10/01/2022 |

| FIRST USE IN COMMERCE DATE | At least as early as 10/01/2022 |
|---|---|
| SPECIMEN FILE NAME(S) | |
| JPG FILE(S) | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1 \ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0018.JPG |
| ORIGINAL PDF FILE | SPE0-1138810984-202212300 61138887543_._ring_lights _for_smartphones__6__self_timer_ring_lamp____MTFC.pdf |
| CONVERTED PDF FILE(S) (13 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0015.JPG |
| ORIGINAL PDF FILE | SPE0-1138810984-202212300 61138887543_._ __24494___2 0449___25130___22270__202 21229151436.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\977\373\97737373\xml1\ FTK0016.JPG |
| SPECIMEN DESCRIPTION | Sale order and printout of website selling goods bearing the applied for mark as used in commerce. |
| WEBPAGE URL | https://jisheng-1.com/products/qzeuoucu-selfie-ring-lights-for-smartphones |
| WEBPAGE DATE OF ACCESS | 12/30/2022 |
| ADDITIONAL STATEMENTS SECTION | |
| | |

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | The wording "Qzeuoucu" has no meaning in a foreign language. |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| SIGNIFICANCE OF MARK | "Qzeuoucu" appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance. |
| SIGNIFICANCE OF MARK | The word(s) "Qzeuoucu" has no meaning in a foreign language. |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Wei Gu |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| INTERNAL ADDRESS | STE 148 |
| STREET | 223 E Garvey Ave |
| CITY | Monterey Park |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 91755 |
| PHONE | 626-727-9555 |
| EMAIL ADDRESS | weigu.vandy@gmail.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Wei Gu |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | weigu.vandy@gmail.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | 376556177@qq.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Wei Gu/ |
| * SIGNATORY'S NAME | Wei Gu |

| | |
|---|---|
| * **SIGNATORY'S POSITION** | Attorney of record |
| **SIGNATORY'S PHONE NUMBER** | 626-727-9555 |
| * **DATE SIGNED** | 12/30/2022 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 97737373**
**Filing Date: 12/30/2022**

## To the Commissioner for Trademarks:

**MARK:** Qzeuoucu (Standard Characters, see mark)
The literal element of the mark consists of Qzeuoucu. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Qiuju Chen, a citizen of China, having an address of
    Room 1102, No.7, Liting Street
    Baiyun, Guangzhou 510000
    China
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009: Electronic advertisement boards featuring a neon lamp; Neon signs; Ring lights for use in photography

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 10/01/2022, and first used in commerce at least as early as 10/01/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Sale order and printout of website selling goods bearing the applied for mark as used in commerce..
**JPG file(s):**
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-1138810984-202212300 61138887543_._ring_lights_for_smartphones_6_self_timer_ring_lamp___MTFC.pdf
**Converted PDF file(s)** (13 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11
Specimen File12
Specimen File13
**Original PDF file:**
SPE0-1138810984-202212300 61138887543_._24494_2 0449_25130_22270_202 21229151436.pdf
**Converted PDF file(s)** (1 page)

Webpage URL: https://jisheng-1.com/products/qzeuoucu-selfie-ring-lights-for-smartphones
Webpage Date of Access: 12/30/2022

**Translation**
The wording "Qzeuoucu" has no meaning in a foreign language.

**Significance of wording, letter(s), or numeral(s)**
"Qzeuoucu" appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance.

**Significance of wording, letter(s), or numeral(s)**
The word(s) "Qzeuoucu" has no meaning in a foreign language.

**Name(s), Portrait(s), Signature(s) of individual(s)**
The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

The owner's/holder's proposed attorney information: Wei Gu. Wei Gu, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    STE 148
    223 E Garvey Ave
    Monterey Park, California 91755
    United States
    626-727-9555(phone)
    weigu.vandy@gmail.com

Wei Gu submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Wei Gu
    PRIMARY EMAIL FOR CORRESPONDENCE: weigu.vandy@gmail.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): 376556177@qq.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;

- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Wei Gu/   Date: 12/30/2022
Signatory's Name: Wei Gu
Signatory's Position: Attorney of record
Signatory's Phone Number: 626-727-9555
Signature method: Signed directly within the form
Payment Sale Number: 97737373
Payment Accounting Date: 12/30/2022

Serial Number: 97737373
Internet Transmission Date: Fri Dec 30 15:18:55 ET 2022
TEAS Stamp: USPTO/FTK-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20221230151857411769-97737373-
850bc5ee47b89cdc5f88658f9551ea490fda6d8f
3053b358e8be29aa79b05ba931-CC-18552325-2
0221230151616080111

Qzeuoucu

# MTFC



















‹　　1/8　　›





















›

# Qzeuoucu Selfie ring lights for smartphones, 6 "self timer ring lamp, free tripod for live broadcast/makeup

$12.36 USD

Quantity

| − | 1 | + |

Add to cart

**Buy it now**

Brand name: Qzeuoucu
Product name: Selfie ring lights for smartphones
Product size: 6 inches
Connectivity Technology：USB
Origin: China

## About this item

- 【ADJUSTABLE TEMPERATURE AND BRIGHTNESS】Our video conference lights have 3 color temperatures (white light/warm light/natural light) which are 3200k-6800k, 5 levels of brightness adjustment, and 48 LED lamp beads with 10W brightness. Easily change your ideal lighting with the switch, to make your skin more perfect and more suitable your environment.
- 【CIRCLE DESIGN, MULTI-UTILISATION】Using ring light design, the light is more even than solid light illuminating the face, no glare, no shadow, soft light is not dazzling. It is also a mini ring light. Which could be widely used for remote online work, video conference, zoom call, self-broadcast, live streaming, makeup, YouTube, Tiktok.
- 【USB POWERED】： There are more power options as all USB ports can be used to power the task light, such as a display ,laptop, mobile power supply or a mobile phone charger. It is environmentally friendly.
- 【AFTER-SALES SERVICE】 We will provide you with high-quality after-sales service. If you have any questions, please feel free to contact us, we are always on-line to help you. Wish you a pleasant shopping trip!

⇪ Share



search

| Email | → |



Country/region

United States (USD $)

© 2022, MTFC Powered by Shopify

# #1247  ● Already paid    ● Shipped    Archived

December 29, 2022 at 15:12 from draft order

**Shipped (1)** #1247-F1                                                    ...

Shipped
December 29, 2022

FedFx



Qzeuoucu Selfie ring lights for smartphones, 6 "self timer ring lamp,    $12.36 × 1        $12.36
free tripod for live broadcast/makeup
SKU: LOIU-33652

**Already paid**

| Subtotal | 1 product | $12.36 |
|----------|-----------|--------|
| tax | New York State Tax 4 % | $0.49 |
| **total** | | **$12.85** |
| customer payment | | $12.85 |

**client**

🔍 Search or create a customer

**contact information**                                          edit

**Shipping address**                                            edit

**billing address**

No billing address provided

**timeline**

| NOWADAYS | |
|----------|--|
| This order has been archived. | 1 minute ago |
| You shipped 1 item from hebeishenghandanshiweixian. | 1 minute ago |
| You manually marked this order as paid. | 1 minute ago |
| You have created this order from draft order #D250 . | 1 minute ago |
| Taxes are calculated by | |



