# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Doe
                        Plaintiff,

v.                                                            Case No.: 1:25−cv−06611
                                                                       Honorable John J. Tharp Jr.

Rane Roe, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's renewed motion to seal [13] is granted. As such, plaintiff's unredacted version of the operative complaint [10], provisionally under seal pending order, is permitted to remain under seal, along with all accompanying exhibits. Further, for the reasons laid out in the plaintiff's motion, plaintiff is granted leave to proceed using pseudonyms on a temporary basis, pending a decision on the anticipated motion for a temporary restraining order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.