THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,[1] <br><br> Plaintiff, <br><br> ~ *against* ~ <br><br> RANE ROE, *et al.*, <br><br> Defendants, | Case No.: <u>1:25-cv-06611</u> <br><br> **District Judge:** <br> The Honorable John J. Tharp, Jr. <br><br> **Magistrate Judge:** <br> The Honorable Daniel P. McLaughlin |

**NOTICE OF MOTION**

**PLAINTIFF'S *EX PARTE* MOTION FOR
ENTRY OF A TEMPORARY RESTRAINING ORDER,
INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 65 and other relevant rules and practices of this Honorable Court, the Plaintiff Joe Doe[1] shall appear before the Honorable District Judge at such time as this matter may be scheduled to be presented and heard on the following Motion:

> Motion by Plaintiff John Doe[1] pursuant to Rule 65 and other relevant rules and practices of this Honorable Court for an Temporary Restraining Order against further infringement by the Defendants, for an injunction against further sales, the temporary closing of the accused ASINs, a temporary asset

---
[1] Pursuant to the Order of the Court, ECF 14 (June 24, 2025) allowing the Plaintiff to proceed under pseudonyms pending the decision on this Motion for a Temporary Restraining Order, the Parties are identified by pseudonyms in this caption.

restraint, and expedited Discovery to identify the scope of the infringement, the identity and contact information of the infringers, and such other relief as this Honorable Court may be just and appropriate.

**Dated:** June 27, 2025

                                                  RESPECTFULLY SUBMITTED,

By: _/s/ Baruch S. Gottesman_

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.