# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **QUIJU CHEN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　~ against ~<br><br>**JIA SHANGYANG**;<br>**KANGZHIYUAN**;<br>**QZEUOUCU STORE**;<br>**WEILI DENG**; and<br>**JOHN DOES 1 – 10**,<br><br>　　　　　　　　　　Defendants, | Case No.: <u>1:25-cv-06611</u><br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

## AFFIDAVIT IN SUPPORT OF
## PLAINTIFF'S MOTION FOR TRO

### I.　　INTRODUCTION

　　1.　　**Baruch S. Gottesman, Esq.**, Counsel for the Plaintiff respectfully submits this Affidavit in Support of the Motion for a TRO.

### II.　　**PLAINTIFF'S OWNERSHIP OF THE MARK**

　　2.　　The material provided here is mostly available publicly on the USPTO's website, of which the Court can take judicial Notice.  The only other evidence provided here is the infringing Amazon store operated by the Defendant.  Copies of this material is in the Complaint and provided here so that the Court has a complete record of

relevant documentation for this Motion.  All Exhibits are true and accurate copies of the original with the links provided below to the original documents.

| Exhibit No. | Item | Date | Available online |
|---|---|---|---|
| A | Registration Certificate of QZEUOUCU issued to Plaintiff as Registration No. 7,278,415 | Jan. 16, 2024 | https://tsdr.uspto.gov/documentviewer?caseId=sn97737373&docId=ORC20231231055335 |
| B | Purported "Assignment" of the Mark from the Plaintiff to Defendant Shangyang | Nov. 13, 2024 | https://tsdr.uspto.gov/caseviewer/assignments?caseId=97737373&docIndex=0&searchprefix=sn#docIndex=0 |
| C | Reclamation of the Mark by the Plaintiff including Declaration by the Plaintiff | Jan. 23, 2025 | https://tsdr.uspto.gov/caseviewer/assignments?caseId=97737373&docIndex=1&searchprefix=sn#docIndex=1 |
| D | Defendants' Infringing Store | Last checked June 27, 2025 | https://www.amazon.com/stores/Qzeuoucu/page/045C5F92-9F14-48EF-A22D-AA69BEFCD8CB |

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on this 27th day of June, 2025.**

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, simultaneous with the filing of this Submission, a copy of this submission was served under Seal using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.