# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  Assignment ID: TMI845754
Stylesheet Version v1.2

| SUBMISSION TYPE: | RESUBMISSION |
|---|---|
| NATURE OF CONVEYANCE: | Correction by Declaration to clarify ownership of an erroneous transaction filed against 008644/0899. |
| RESUBMIT DOCUMENT ID: | 900915023 |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Qiuju Chen | | 12/16/2024 | INDIVIDUAL: CHINA |

## RECEIVING PARTY DATA

| Individual Name: | Qiuju Chen |
|---|---|
| Street Address: | No. 7 Liting Street, Baiyun District |
| Internal Address: | Room 1102 |
| City: | Guangzhou |
| State/Country: | CHINA |
| Postal Code: | 510000 |
| Entity Type: | INDIVIDUAL: CHINA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 7278415 | QZEUOUCU |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | (212)9603558 |
|---|---|
| Email: | yudiqing@live.com,vincent.yu@intellexpro.com |
| Correspondent Name: | Mr. Diqing Vincent Yu |
| Address Line 1: | 1178 Broadway |
| Address Line 2: | 3rd Floor #3142 |
| Address Line 4: | New York, NEW YORK 10001 |

| ATTORNEY DOCKET NUMBER: | USTMAS2412A |
|---|---|
| NAME OF SUBMITTER: | DIQING YU |
| SIGNATURE: | /DIQING YU/ |
| DATE SIGNED: | 02/25/2025 |

**Total Attachments: 3**
source=Declaration to clarify ownership of an erroneous transaction filed against 008644-0899#page1.tiff

source=Originally filed documents#page1.tiff
source=Originally filed documents#page2.tiff

TRADEMARK
REEL: 008765 FRAME: 0788

# Declaration

Date: December 16, 2024

Place: City of Guangzhou, China

**Re: Correction by Declaration to clarify ownership of an erroneous transaction filed against REEL: 008644 / FRAME: 0899 and 0900 (US trademark reg. no. 7278415)**

I, Qiuju Chen, with legal address at Room 1102, No.7 Liting Street, Baiyun District, Guangzhou, Guangdong Province, China 510000, hereby swear under oath that:

1) I filed an application for the "Qzeuoucu" trademark under Class 9 on January 3, 2023.
2) The USPTO granted the application and registered the trademark on January 16, 2024, with registration number 7278415 (hereinafter the "**Trademark**").
3) The Trademark was first used in commerce on October 1, 2022, and I retain all goodwill associated with it. I, Qiuju Chen, am the correct owner of the Trademark.
4) On December 1, 2024, I discovered that the Trademark had been fraudulent assigned to an individual named Shangyang Jia, as recorded by the USPTO on November 13, 2024.
5) I did not authorize the assignment. The Assignment of Trademark (REEL: 008644 FRAME: 0900) submitted with the assignment recording was neither executed by me nor authorized by me. The signature on the Assignment of Trademark (REEL: 008644 FRAME: 0900) was forged, making the assignment fraudulent and erroneous. Further, I have no knowledge of the person who submitted the assignment recordation, who was identified as Weili Deng.
6) The recorded documents, Trademark Assignment Cover Sheet (REEL: 008644 FRAME: 0899) and Assignment of Trademark (REEL: 008644 FRAME: 0900), were submitted with fraudulent and erroneous information.
7) In summary, the chain of title for the Trademark should not be considered altered by the incorrect assignment. I, as the original owner, have been and continue to be the owner of the Trademark.

I declare that, to the best of my knowledge and belief, the information herein is true and complete. I understand this statement is made for use as evidence in court and is subject to penalty for perjury.

Signature: _陈秋菊_

Print Name: _CHEN QIU JU_

Date: _2024.12.16_

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
Assignment ID: TMI627691

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Qiuju Chen | | 11/13/2024 | INDIVIDUAL: CHINA |

## RECEIVING PARTY DATA

| Individual Name: | Shangyang Jia |
|---|---|
| Street Address: | No. 355 Shangqintun, Shanbei Village |
| Internal Address: | Shanbei Township, Qintang District |
| City: | Guigang Guangxi |
| State/Country: | CHINA |
| Postal Code: | 537000 |
| Entity Type: | INDIVIDUAL: CHINA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 7278415 | QZEUOUCU |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 18003023230 |
|---|---|
| Email: | 18003023230@163.com,756024579@qq.com |
| Correspondent Name: | Shangyang Jia |
| Address Line 1: | No. 355 Shangqintun, Shanbei Village |
| Address Line 2: | Shanbei Township, Qintang District |
| Address Line 4: | Guigang Guangxi, CHINA 537000 |

| NAME OF SUBMITTER: | Weili Deng |
|---|---|
| SIGNATURE: | Weili Deng |
| DATE SIGNED: | 11/13/2024 |

**Total Attachments: 1**  
source=deed of assignment of trade mark Qzeuoucu 7278415#page1.tiff

OP $40.00.00 97737373

900899420

TRADEMARK  
REEL: 008765 FRAME: 0790

ASSIGNMENT OF TRADEMARK

Whereas  Chen, Qiuju
(name of assignor)

Of  Room 1102, No.7, Liting Street, Baiyun, Guangzhou CHINA 510000
(address)

Owns trademark reg.# 7278415

Word Mark  Qzeuoucu

Whereas  Jia, Shangyang
(name of assignee)

of No. 355 Shangqintun, Shanbei Village, Shanbei Township, Qintang District, Guigang Guangxi CHINA 537000
(address)

Whereas, The Assignee desires to acquire from the Assignor all of Assignor's right, title and interest in and to the Trademark application and/or registration, together with the benefit of any use of the Trademark by the Assignor, and the goodwill of the business relations to the Trademark and to the wares or services associated with it, to hold unto the Assignee absolutely, The Assignee Li Peng's Passport No. is EK0372843.

Now therefore, in consideration of the payment of one dollar ($1.00) and for good and valuable consideration, the receipt, sufficiency and adequacy of which is hereby acknowledged, the Assignor and the Assignee hereby agree as follows:

Trademark Assignment, the Assignor hereby sells, transfers and assigns to the Assignee, its successors and assigns, the Assignor's entire right, title and interest in and to the Trademark application and/or registrations, together with (i) the benefit of any use of the Trademark by the Assignor (ii) the goodwill of the business relations to the Trademark and to the wares or services associated with it, (iii) all income, royalties and damages hereafter due or payable to Assignor with respect to the Trademark(s) to hold unto the Assignee absolutely.

Signature of assignor: *Chen Qiuju*   Date of Execution: 11/13/2024

Signatory's Name:  Chen, Qiuju

Signatory's Position: Individual