amazon | Delivering to Phoenix 85024 Update location | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Amazon Haul | Medical Care | Saks | Best Sellers | Amazon Basics | New Releases | Registry | Groceries | Gift Cards | Smart Home | Prime Day is July 8-11



Qzeuoucu

Follow

Search all Qzeuoucu



See products

Qzeuoucu Custom Neon

Sign, Personalized LED Neon Sign Customizable For Wall Decor Wedding...

4.4 ★★★★½ 27

$23.90

Get it by July 10 - July 22.

Ships from and sold by kangzhiyuan.

- 【Neon Sign Customizable】 Design your own unique custom neon sign. You can customize your name, logo, words, emoji, wedding backdrop and choose your favorite font, color, backboard shape for your neon sign.

Show more

Coupon: Apply 15% coupon  Terms

See all details





Qzeuoucu Custom Neon Signs



See products


Qzeuoucu Custom Neon Sign,LED Neon...
4.4 ★★★★☆ 970
$23.90
Save 15% with coupon
Get it by July 10 - July 22
1K+ bought in past month

See options


Qzeuoucu Custom Neon Sign,Personalized...
4.4 ★★★★☆ 27
$23.90
Save 15% with coupon
Get it by July 10 - July 22

See options


Qzeuoucu Custom Neon Signs for Wall...
$49.99
Get it by July 10 - July 22

See options


Qzeuoucu Congrats Grad Neon...
$98.99
Get it by July 10 - July 22

Add to Cart


Qzeuoucu Custom Neon Sign for Wall...
2.8 ★★★☆☆ 2
$78.99
Get it by July 10 - July 22

See options


Qzeuoucu Custom Neon Sign RGB Color...
$149.00
Get it by July 10 - July 22

See options


Qzeuoucu Hello gorgeous Neon Sign for...
$78.80
Get it by July 10 - July 22

Add to Cart


Congrats Grad Neon Sign Custom LED...
$98.99
Get it by July 10 - July 22

Add to Cart


Qzeuoucu Yes Sir Neon Signs for Bedroom...
$88⁰⁰

Get it by July 10 - July 22

Add to Cart


Qzeuoucu Large size Marry Me Neon Sign...
$66⁹⁰

Get it by July 10 - July 22

Add to Cart


Qzeuoucu Large Size Good Vibes Neon...
$66⁹⁹

Get it by July 10 - July 22

Add to Cart


Qzeuoucu This Must Be The Place Neon...
$78⁰⁰

Get it by July 10 - July 21

Add to Cart


Qzeuoucu Let's Party LED Neon Lights for...
$75⁹⁹

Get it by July 10 - July 22

Add to Cart


Qzeuoucu Custom Neon Sign for Wall...
2.8 ★★★☆☆ 2
$86⁸⁰

Get it by July 10 - July 22

See options


Christmas neon signs, Merry Christmas Led...
$179⁰⁰

Get it by July 10 - July 22

Add to Cart



Share

Share this page with your friends.

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &

| About Amazon | Protect & Build Your Brand | Amazon Business Card | Policies |
| --- | --- | --- | --- |
| Accessibility | Become an Affiliate | Shop with Points | Amazon Prime |
| Sustainability | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Press Center | Start a Package Delivery Business | Reload Your Balance | Manage Your Content and Devices |
| Investor Relations | Advertise Your Products | Gift Cards | Recalls and Product Safety Alerts |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Registry & Gift List |
| Amazon Science | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

  

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices ☑
© 1996-2025, Amazon.com, Inc. or its affiliates