IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,[1]<br><br>                  Plaintiff,<br><br>    ~ against ~<br><br>RANE ROE;<br>ABC CORP. 1;<br>ABC CORP. 2;<br>SANE SOE; and<br>JOHN DOES 1 – 10,<br><br>                  Defendants, | Case No.: `1:25-cv-06611`<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

### NOTICE OF MOTION

### MOTION BY JOHN DOE PURSUANT TO LOCAL RULE 26.2
### IN SUPPORT OF MOTION TO SEAL
### SUPPORTING PAPERS TO THE MOTION FOR TRO (ECF 15)

       PLEASE TAKE NOTICE that pursuant to Local Rule 26.2 and other relevant rules and practices of this Court, the Plaintiff John Doe shall appear before the Honorable District Judge at such time as this matter may be scheduled to be presented and heard on the following Motion:

       Motion by Plaintiff John Doe pursuant to Local Rule 26.2, and

       other relevant rules and practices for this Court for an Order

---

[1] Pursuant to the Order of the Court, ECF 14 (June 24, 2025) allowing the Plaintiff to proceed under pseudonyms pending the decision on this Motion for a Temporary Restraining Order, the Parties are identified by pseudonyms in this caption.

granting Leave to file the Supporting Papers (ECF 18) for the Motion for a TRO (ECF 15) Under Seal.

**Dated:** June 27, 2025

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.