# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE**, [1]<br><br>      Plaintiff,<br><br> ~ *against* ~<br><br>**RANE ROE**;<br>**ABC CORP. 1**;<br>**ABC CORP. 2**;<br>**SANE SOE**; *and*<br>**JOHN DOES 1 – 10**,<br><br>      Defendants, | Case No.: **1:25-cv-06611**<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

## AFFIDAVIT IN SUPPORT OF
## MOTION TO FILE UNDER SEAL

**I. INTRODUCTION**

1. **Baruch S. Gottesman, Esq.**, Counsel for the Plaintiff respectfully submits this Motion to file the Complaint and this Affidavit Under Seal.

2. Substantive good cause exists to file the Supporting papers (ECF 18) on the Motion for a TRO (ECF 15) under seal because of the need to maintain the confidentiality of the identity of the parties, pending the execution of the TRO.

---

[1] Pursuant to the Order of the Court, ECF 14 (June 24, 2025) allowing the Plaintiff to proceed under pseudonyms pending the decision on this Motion for a Temporary Restraining Order, the Parties are identified by pseudonyms in this caption.

3. The Plaintiff has previously explained the reasons, which the Court agreed with by issuing the Order allowing the Plaintiff to proceed under pseudonym pending the execution of the TRO and to seal the Complaint, *See* ECF 14.

## II. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Consistent with Local Rule 26.2(c)(1) the Plaintiff has filed a Redacted Version of the papers (ECF 16 and 17).

5. These public filings will provide Notice to the public that documents have been filed under Seal and the opportunity to challenge such sealing, should any member of the public so choose.

6. In addition, attached to an Affidavit to be submitted in support under Seal, is a copy of the Memorandum of Law, the Affidavit in Support and the Proposed Order with Yellow highlighting showing which sections have been redacted. These redacted materials are statements identifying the parties and the IP at issue and other identifying information.

7. Last, the Plaintiff will immediately upon execution of the TRO or other direction of this Honorable Court, will move this Court to release the seal and docket the documents publicly.

## III. GOOD CAUSE EXISTS TO FILE UNDER SEAL

8. In the Seventh Circuit, "in order to show good cause to file a document or portion thereof under seal, the requesting party must 'analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'" *Strait v. Belcan Eng'g Grp., Inc.*, No. 11-cv-1306, 2012 U.S. Dist. LEXIS 83727, at *4 (N.D. Ill. June 18, 2012) *citing Baxter Int'l v. Abbott Labs*, 297 F.3d 544, 548 (7th Cir. 2002).

9. **Documents at issue (ECF 16 and 17)**

10. The documents at issue are the Affidavit in Support, the Memorandum of Law and the Proposed Order.

11. Each of them contain identifying information of the parties and the unique circumstances of this case, that would otherwise identify the parties.

12. As this Honorable Court knows, the dockets of the Northern District of Illinois are carefully monitored by any number of Seller forums in China, which is why it has been the practice of this Honorable Court to allow documents in intellectual property infringement cases against China-based Defendants to be filed under seal, *See, e.g.,* MINUTE ENTRY 25, *Marc Jacobs Trademarks, LLC v. The P'shps and Unincorporated Associations Identified on Schedule A,* 1:25-cv-5794 (N.D.Ill. June 5, 2025)(granting Motion to Seal identity of infringing Defendants); MINUTE ENTRY 20, *Elizabeth's Studio LLC v. The P'shps and Unincorporated Associations Identified on Schedule A,* 1:25-cv-5887 (N.D.Ill. June 2, 2025)(same); MINUTE ENTRY 13, *Bounce Curl, LLC v. The P'shps and Unincorporated Associations Identified on Schedule A,* 1:25-cv-5892 (N.D.Ill. May 29, 2025)(same)..

13. In this District, "[A] party claiming that injury will result from disclosure of certain information must provide support for such a statement." *In re Bank One Sec. Litig.*, 222 F.R.D. 582, 588 (N.D. Ill. 2004) *citing Baxter*, 297 F.3d at 547.

14. In this case, the specific injuries would be as follows:

(i.) Defendants may close their Amazon accounts and otherwise destroy relevant evidence of infringement. This will make it more difficult or even impossible for the Plaintiff to prosecute this Action. Even as the Defendants can simply re-start their infringing activity under a new Amazon store account with no ability to track them down.

(ii.) The Defendants may clear out any U.S.-based financial accounts which would make it impossible for the Plaintiff to recover the damages suffered by the infringement. Those funds can be sent overseas to China or even to a domestic account in a manner that makes it impractical for the Plaintiff to pursue their damages.

(iii.) The Defendants can use the information disclosed before the execution of the TRO to sabotage the Plaintiff's case and ability to collect through other actions through the destruction of evidence, the creation of strawman parties, and other enforcement avoidance methods.

15. For these reasons, the Plaintiff respectfully submits that the unredacted version of the Complaint should remain under seal until the TRO is executed or other direction of this Honorable Court.

## DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on this 27th day of June, 2025.**

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.