# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE**, [1] <br><br> Plaintiff, <br><br> ~ *against* ~ <br><br> **RANE ROE**; <br> **ABC CORP. 1**; <br> **ABC CORP. 2**; <br> **SANE SOE**; *and* <br> **JOHN DOES 1 – 10**, <br><br> Defendants, | **Case No.:** `1:25-cv-06611` <br><br> **District Judge:** <br> The Honorable John J. Tharp, Jr. <br><br> **Magistrate Judge:** <br> The Honorable Daniel P. McLaughlin |

## AFFIDAVIT OF SERVICE

1. I am over 18 years of age and Counsel to Plaintiff in the above-captioned matter. I affirm the following under the penalties of perjury:

2. Non-Party Amazon.com, Inc. has been served with:

(i.)　Notice of Sealed Temporary Restraining Order;

(ii.)　Plaintiff's Requests to Amazon.com, Inc.;

(iii.)　Expedited Discovery Demands pursuant to Rule 33, 34 and 36; *as well as*

(iv.)　Copies of the Sealed TRO and the Sealed Complaint with all Exhibits.

---

[1]　Pursuant to the Order of the Court, ECF 14 (June 24, 2025) allowing the Plaintiff to proceed under pseudonyms pending the execution of the SEALED Temporary Restraining Order, the Parties are identified by pseudonyms in this caption.

3. Service of the documents identified in Paragraph 2 above was made by personal delivery to the authorized agent of Amazon.com, Inc. on July 1, 2025, as shown in the attached Proof of Service.

4. Service of the documents identified in Paragraph 2 above was also made by e-mail to what I understand to be the e-mail address at Amazon for service of TROs (tro-notices@amazon.com and seller-enforcement-appeals@amazon.com) on June 30, 2025. A paralegal at Amazon acknowledged receipt of the e-mail on July 1, 2025.

5. Further, your affiant saith not.

July 2, 2025

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.