Civil Action No.    **1:25-cv-06611**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Amazon.com, Inc.**
was recieved by me on  **7/01/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Ellen Jones**, who is designated by law to accept service of process on behalf of **Amazon. com, Inc.** at **300 DESCHUTES WAY SW STE 208, MC-CSC1, Tumwater, WA 98501 on 07/01/2025 at 2:41 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  07/01/2025

_____
*Server's signature*

**Kevin Nakai**
*Printed name and title*

**207 Goldmyer Dr
Chehalis, WA 98532**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, NOTICE OF SEALED TEMPORARY RESTRAINING ORDER and PLAINTIFF'S REQUESTS to AMAZON.COM, INC.; EXPEDITED DISCOVERY DEMANDS pursuant to RULE 33, 34, AND 36 to AMAZON.COM, INC.; EXHIBITS,  to Ellen Jones who identified themselves as the person authorized to accept with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 80-120 lbs with glasses.**





Tracking #: **0176045681**