# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, [1]<br><br>　　　　Plaintiff,<br><br>　~ against ~<br><br>RANE ROE;<br>ABC CORP. 1;<br>ABC CORP. 2;<br>SANE SOE; and<br>JOHN DOES 1 – 10,<br><br>　　　　Defendants, | Case No.: **1:25-cv-06611**<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

## CERTIFICATE OF COMPLIANCE
### (TENDER OF FUNDS FOR THE TRO BOND TO THE CLERK)

1. I am over 18 years of age and Counsel to the Plaintiff in the above-captioned matter. I affirm the following under the penalties of perjury:

2. On July 2, 2025, and consistent with the Honorable Court's SEALED Temporary Restraining Order at ECF 22, I served on the Clerk of the Court a cashier's check in the amount of $1,000.00 payable to the Clerk, U.S. District Court (as instructed by the Fiscal Office at the Clerk's Office) by Fedex overnight delivery as follows:

> **Fedex Tracking No.: 8824 8871 4051**
> Thomas G. Bruton, Clerk of the Court
> United States District Court for the
> Northern District of Illinois

---

[1] Pursuant to the Order of the Court, ECF 14 (June 24, 2025) allowing the Plaintiff to proceed under pseudonyms pending the execution of the SEALED Temporary Restraining Order, the Parties are identified by pseudonyms in this caption.

>219 South Dearborn Street
>Chicago, IL 60604
>>**ATTN:** Fiscal Operations, Clerk of the Court

3. To ensure a complete record, a copy of the cover letter and a redacted version of the Cashier's Check is annexed here as Exhibit A.

July 2, 2025

RESPECTFULLY SUBMITTED,

By: *[signature: Baruch S. Gottesman]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## CERTIFICATE OF SERVICE

        I hereby certify that on July 2, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.