

**Baruch S. Gottesman**
Attorney and Counselor at Law

July 2, 2025

**Via Fedex**
Thomas G. Bruton, Clerk of the Court
United States District Court for the
Southern District of New York
219 South Dearborn Street
Chicago, IL 60604
    ATTN: Fiscal Operations, Clerk of the Court

        Re:    Tender of TRO Bond in
                    <u>Doe[1] v. Roe, et al.,</u>
                    <u>Case No. 1:25-cv-06611 (N.D.Ill.)</u>

To The Honorable Clerk fo the Court:

    I have the honor to represent the Plaintiff in the matter of <u>Doe[1] v. Roe, et al.</u>, Case No. 1:25-cv-06611 (N.D.Ill.). Pursuant to the SEALED Temporary Restraining Order entered by the Honorable District Judge John J. Tharp, Jr. in this matter (ECF 22), please find annexed a cashier's check in the amount of $1,000.00.

    We respectfully request your assistance in depositing this as a TRO Bond in this matter. Please be in touch with me at (212) 401-6910 or bg@gottesmanlegal.com if you have any questions about this matter.

Dated this: **July 2, 2025**

                                              RESPECTFULLY SUBMITTED,

By: _____
                                        Baruch S. Gottesman, Esq.
                                          GOTTESMAN LEGAL PLLC
                                          11 Broadway, Suite 615
                                          New York, NY 10004
                                          Phone: (212) 401-6910
                                          bg@gottesmanlegal.com

---

[1] Pursuant to the Order of the Court, ECF 14 (June 24, 2025) allowing the Plaintiff to proceed under pseudonym pending the execution of the SEALED Temporary Restraining Order, the Parties are identified by pseudonyms in this caption.

**CASHIER'S CHECK**

CHASE ◯

**Remitter:** GOTTESMAN LEGAL PLLC

**Pay To The Order Of:** CLERK, U.S. DISTRICT COURT

**Pay:** ONE THOUSAND DOLLARS AND 00 CENTS

Date 07/02/2025   Void after 1 year

$** 1,000.00 **

**Drawer:** JPMORGAN CHASE BANK, N.A.

*Thomas W. Horne*

Thomas W Horne, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Memo: TRO Bond in 25-cv-06611 per ECF 22

Note: For information only. Comment has no effect on bank's payment.

---

TRO Bond in Doe v. Roe, 25-CV-06611 per ECF 22