

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**REGISTRY DEPOSIT INFORMATION FORM**

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 1:25-cv-06611 (N.D.Ill.)

2. **Case Title:** Doe v. Roe

3. **Judge:** District Judge John J. Tharp, Jr.

4. **Moving Party:** Plaintiff John Doe

5. **Amount of Deposit:** $1,000.00

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**   Yes [ ]   No [✔]
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

| /Baruch S. Gottesman/ Counsel for Plaintiff | July 8, 2025 |
|---|---|
| Attorney or Litigant | Date |

Rev. 0330017