IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **QUIJU CHEN,**<br><br>                        Plaintiff,<br><br>  ~ *against* ~<br><br>**JIA SHANGYANG**;<br>**KANGZHIYUAN**;<br>**QZEUOUCU STORE**;<br>**WEILI DENG**; *and*<br>**JOHN DOES 1 – 10**,<br><br>                      Defendants, | Case No.: **1:25-cv-06611**<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

\

**NOTICE OF MOTION**

**MOTION BY PLAINTIFF
TO UNSEAL, TO AMEND CAPTION
AND TO CONVERT TRO INTO A PRELIMINARY INJUNCTION**

       PLEASE TAKE NOTICE that pursuant to the Federal Rules other relevant rules and practices of this Court, the Quiju Chen shall appear before the Honorable District Judge at such time as this matter may be scheduled to be presented and heard on the following Motion:

       Motion by Plaintiff Quiju Chen pursuant to the Federal Rules and other relevant rules and practices for this Court for an Order unsealing the Sealed Filings in this case, amending the caption to proceed under the true names of the Parties, and converting the TRO into a Preliminary Injunction.

**Dated:** July 11, 2025

                                                                      RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system and a courtesy copy to the e-mail of Defendants **JIA SHANGYANG**; **KANGZHIYUAN**; **QZEUOUCU STORE** at jiashangyang123@outlook.com (e-mail provided by Amazon for Kangzhiyuan and Qzeuoucu in production) and 18003023230@163.com and 756024579@qq.com (listed by Defendants Jia Shangyang as their e-mails in the purported Assignment); as well as 826176885@qq.com 1443805121@qq.com (listed by Mr. Deng in USPTO applications).

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.