IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUIJU CHEN,<br><br>　　　　　　　Plaintiff,<br><br>　~ against ~<br><br>JIA SHANGYANG;<br>KANGZHIYUAN;<br>QZEUOUCU STORE;<br>WEILI DENG; and<br>JOHN DOES 1 – 10,<br><br>　　　　　　　Defendants, | Case No.: **1:25-cv-06611**<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

**AFFIDAVIT IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

## I.   INTRODUCTION

1.   **Baruch S. Gottesman, Esq.**, Counsel for the Plaintiff respectfully submits this Affidavit in Support of the Motion for a Preliminary Injunction.

2.   This Affidavit rehearses the factual background of the underlying issues in this case, as provided originally in the Motion for a Temporary Preliminary Injunction, supplemented with further procedural information about the identification of the e-mail addresses of the Defendants and execution of the TRO by Amazon.com, Inc.

## II. PLAINTIFF'S OWNERSHIP OF THE MARK

3. The material provided here is mostly available publicly on the USPTO's website, of which the Court can take judicial Notice. The only other evidence provided here is the infringing Amazon store operated by the Defendant. Copies of this material is in the Complaint and provided here so that the Court has a complete record of relevant documentation for this Motion. All Exhibits are true and accurate copies of the original with the links provided below to the original documents.

4. Note that Exhibit E – evidence of Defendant Deng's e-mail addresses as provided to USPTO (for purposes of Notice of this Motion for PI) is added.

| Exhibit No. | Item | Date | Available online |
|---|---|---|---|
| A | Registration Certificate of QZEUOUCU issued to Plaintiff as Registration No. 7,278,415 | Jan. 16, 2024 | https://tsdr.uspto.gov/documentviewer?caseId=sn97737373&docId=ORC20231231055335 |
| B | Purported "Assignment" of the Mark from the Plaintiff to Defendant Shangyang | Nov. 13, 2024 | https://tsdr.uspto.gov/caseviewer/assignments?caseId=97737373&docIndex=0&searchprefix=sn#docIndex=0 |
| C | Reclamation of the Mark by the Plaintiff including Declaration by the Plaintiff | Jan. 23, 2025 | https://tsdr.uspto.gov/caseviewer/assignments?caseId=97737373&docIndex=1&searchprefix=sn#docIndex=1 |
| D | Defendants' Infringing Store | Last checked July 11, 2025 | https://www.amazon.com/stores/Qzeuoucu/page/045C5F92-9F14-48EF-A22D-AA69BEFCD8CB |
| E | Deng Application to USPTO with e-mail addresses | Last checked July 11, 2025 | https://tsdr.uspto.gov/documentviewer?caseId=sn88159582&docId=FTK20181022073905&linkId=15#docIndex=14&page=1 |

III. **E-MAILS OF THE DEFENDANTS**

5. With respect to Defendants KANGZHIYUAN; QZEUOUCU STORE, Amazon.com, Inc. has provided discovery that their true e-mail is: jiashangyang123@outlook.com.

6. With respect to Defendant Shangyang, on their purported "Assignment," they provided the following e-mail addresses: 18003023230@163.com and 756024579@qq.com.

7. With respect to Defendant Deng, they provided the e-mails 826176885@qq.com and 1443805121@qq.com in other applications that Defendant Deng appears to have filed with the USPTO, See, e.g., original application for NERTPOW, a copy of which is annexed as Exhibit E here.

8. Two separate Counsel have reached out to me, purportedly on behalf of some of the Defendants, to learn more about this case, but as of the filing of this Affidavit and accompanying Motion, no Counsel have appeared for any Defendant.

**DECLARATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on this 11th day of July, 2025.**

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system and a courtesy copy to the e-mail of Defendants **JIA SHANGYANG**; **KANGZHIYUAN**; **QZEUOUCU STORE** at jiashangyang123@outlook.com (e-mail provided by Amazon for Kangzhiyuan and Qzeuoucu in production) and 18003023230@163.com and 756024579@qq.com (listed by Defendants Jia Shangyang as their e-mails in the purported Assignment); as well as 826176885@qq.com 1443805121@qq.com (listed by Mr. Deng in USPTO applications).

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.