Amazon.com: Qzeuoucu

← → C  https://www.amazon.com/stores/Qzeuoucu/page/045C5F92-9F14-48EF-A22D-AA69BEFCD...  Incognito

amazon | Delivering to Phoenix 85024 Update location | All ▼ | Search Amazon | 🔍 | 🇺🇸 EN ▼ | Hello, sign in Account & Lists ▼ | Returns & Orders | 🛒 0

Sign in
New customer? Start here.

≡ All   Amazon Haul   Medical Care ▼   Saks   Best Sellers   Amazon Basics                           : 22 : 03



Qzeuoucu

Follow     ⬆

🔍 Search all Qzeuoucu



See products



Qzeuoucu Custom Neon Sign, Personalized LED Neon Sign Customizable For Wall Decor...

4.4 ★★★★☆ 27



- 【Neon Sign Customizable】 Design your own unique custom neon sign. You can customize your name, logo, words, emoji, wedding backdrop and choose your favorite font, color,

Show more

See all details



Qzeuoucu Custom Neon Signs



See products

Filter by  In stock

Qzeuoucu Custom Neon Sign for Wall Decor,Large Personalized Neon Lights for Bedroom Kids...

2.8 ★★★☆☆ 2

To buy, select a **color**:

## Share

Share this page with your friends.

Back to top

### Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

### Amazon Payment Products
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon

English  |  United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web | Audible | Box Office Mojo |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |