Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88159582
Filing Date: 10/18/2018

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\881\595\88159582\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | Nertpow |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the stylized wording "Nertpow". |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 480 x 320 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Weili Deng |
| INTERNAL ADDRESS | No. 6, Dengwu Group, Longhe Village |
| *STREET | Liuping Township, Susong County |
| *CITY | Anqing Anhui |
| *COUNTRY | China |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 246513 |
| PHONE | +86-13515710519 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |

| | |
|---|---|
| * COUNTRY OF CITIZENSHIP | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Access control and alarm monitoring systems; Automatic cash registers; Baby monitors; Baby scales; Battery chargers; Camcorders; Cameras; Cell phone cases; Computer hardware and computer peripheral devices; Computers; Covers for smartphones; Digital door locks; Ear phones; Electric navigational instruments; Electric plugs; Eye glasses; Keyboards for smartphones; Lenses for cellular phone cameras; Microphones; Smart rings; Smart watches; Smartphones; Soundbar speakers; Stands adapted for mobile phones; USB cables |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/16/2018 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/16/2018 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\881\595\88159582\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\881\595\88159582\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\881\595\88159582\xml1\ FTK0005.JPG |
| SPECIMEN DESCRIPTION | Attached the pictures show the mark actually used in commerce. |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | The wording "Nertpow" has no meaning in a foreign language. |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Weili Deng |
| INTERNAL ADDRESS | Xingxing Apartment, No. 34 Yankang Road |
| *STREET | Gushu Community, Xixiang Street, Bao an |
| *CITY | Shenzhen Guangdong |
| *COUNTRY | China |
| *ZIP/POSTAL CODE | 518126 |
| PHONE | +86-13515710519 |
| *EMAIL ADDRESS | 826176885@qq.com; 1443805121@qq.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| FEE INFORMATION | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /Weili Deng/ |
| * SIGNATORY'S NAME | Weili Deng |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | +86-13515710519 |
| * DATE SIGNED | 10/18/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88159582
Filing Date: 10/18/2018

## To the Commissioner for Trademarks:

**MARK:** Nertpow (stylized and/or with design, see mark)

The mark in your application is Nertpow.
The applicant is not claiming color as a feature of the mark. The mark consists of the stylized wording"Nertpow".
The applicant, Weili Deng, a citizen of China, having an address of
 No. 6, Dengwu Group, Longhe Village
 Liuping Township, Susong County
 Anqing Anhui 246513
 China
 +86-13515710519(phone)
 XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
 International Class 009:  Access control and alarm monitoring systems; Automatic cash registers; Baby monitors; Baby scales; Battery chargers; Camcorders; Cameras; Cell phone cases; Computer hardware and computer peripheral devices; Computers; Covers for smartphones; Digital door locks; Ear phones; Electric navigational instruments; Electric plugs; Eye glasses; Keyboards for smartphones; Lenses for cellular phone cameras; Microphones; Smart rings; Smart watches; Smartphones; Soundbar speakers; Stands adapted for mobile phones; USB cables

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 07/16/2018, and first used in commerce at least as early as 07/16/2018, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Attached the pictures show the mark actually used in commerce..
Specimen File1
Specimen File2
Specimen File3


**Translation**
The wording "Nertpow" has no meaning in a foreign language.


The applicant's current Correspondence Information:
 Weili Deng
 Xingxing Apartment, No. 34 Yankang Road
 Gushu Community, Xixiang Street, Bao an
 Shenzhen Guangdong 518126, China
 +86-13515710519(phone)

826176885@qq.com;1443805121@qq.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

- ☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **AND/OR**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Weili Deng/   Date: 10/18/2018
Signatory's Name: Weili Deng
Signatory's Position: Owner
Signatory's Phone Number: +86-13515710519
Payment Sale Number: 88159582
Payment Accounting Date: 10/18/2018

Serial Number: 88159582
Internet Transmission Date: Thu Oct 18 03:39:56 EDT 2018
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.XX-2018101803395601
8697-88159582-61092ea8ae5d9d1b327aa705ff
182b0dbe7b81be73bee6dcbd27126c145596199-
CC-8046-20181018030327766408

Nertpow





