UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

John Doe
                Plaintiff,

v.                                            Case No.: 1:25−cv−06611
                                            Honorable John J. Tharp Jr.

Rane Roe, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion to convert the TRO into a preliminary injunction [26] is taken under advisement. Pursuant to Federal Rule of Civil Procedure 65(b)(2), the temporary restraining order [22] is hereby extended for an additional 14 days until 7/28/25. Any objection or response is due before 7/27/25. The Court directs the plaintiff, by 7/16/25, to provide a copy of this order to the defendants' e−mail addresses listed in the certificate of service, along with prominent text advising the defendants that (1) a motion for entry of a preliminary injunction has been filed, and (2) any responses or objections to that motion must be filed before 7/27/25. The plaintiff must also provide to each defendant the screenshot evidence relevant to that defendant (that is, screenshot evidence showing the allegedly infringing product or products sold by the defendant) offered in support of the temporary restraining order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.