IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUIJU CHEN,<br><br>Plaintiff,<br><br>~ against ~<br><br>JIA SHANGYANG;<br>KANGZHIYUAN;<br>QZEUOUCU STORE;<br>WEILI DENG; and<br>JOHN DOES 1 – 10,<br><br>Defendants, | Case No.: 1:25-cv-06611<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

**CERTIFICATE OF COMPLIANCE**
**(SERVICE OF MINUTE ENTRY SCHEDULING THE**
**HEARING ON PRELIMINARY INJUNCTION**
**AND SERVICE OF SUPPORTING DOCUMENTATION)**

1. I am over 18 years of age and Counsel to the Plaintiff in the above-captioned matter. I affirm the following under the penalties of perjury:

2. On July 14, 2025, and consistent with the Honorable Court's Minute Entry (ECF 28), I served the Defendants at the e-mail addresses listed in the Certificate of Service (as well the e-mails of two Counsel who have inquired about potential representation of the Defendants) by providing a copy of the Order (ECF 28) and advising the defendants that (1) a motion for entry of a preliminary injunction has been filed, and (2) any responses or objections to that motion must be filed before July 27, 2025.

3. I have also provided the Defendants the screenshot evidence relevant to the Defendants including the full supporting paperwork for the Motion for a Preliminary Injunction.

4. To ensure a complete record, a copy of the e-mail is annexed as Exhibit A.

July 14, 2025

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.