## Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Doe v. Roe), Case No. 25-cv-06611 (N.D.Ill.)

**From** bg gottesmanlegal.com <bg@gottesmanlegal.com>
**Date** Mon 7/14/2025 4:25 PM
**To** jiashangyang123@outlook.com <jiashangyang123@outlook.com>; 18003023230@163.com <18003023230@163.com>; 756024579@qq.com <756024579@qq.com>; 826176885@qq.com <826176885@qq.com>; 1443805121@qq.com <1443805121@qq.com>; Law Offices of Edward Chen <e.chen@edchenlaw.com>; Mingbo Ye <myiptrustlaw@gmail.com>

📎 10 attachments (7 MB)
ECF 26 - Notice of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf; ECF 27 - Memorandum of Law in Support of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf.pdf; ECF 27-1 - Affidavit in Support of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf; ECF 27-2 - Exhibit A to Affidavit in Support of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf; ECF 27-3 - Exhibit B to Affidavit in Support of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf.pdf; ECF 27-4 - Exhibit C to Affidavit in Support of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf; ECF 27-5 - Exhibit D to Affidavit in Support of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf; ECF 27-6 - Exhibit E to Affidavit in Support of Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf; ECF 27-7 - Proposed Text of Order on Motion for Preliminary Injunction - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf.pdf; ECF 28 - Minute Entry (Scheduling of Preliminary Injunctiuon) - Chen v. Shangyang, et al. (Roe v. Doe), Case No. 25-cv-06611 (N.D.Ill.).pdf;

Colleagues:

    Per the Order of the Court in the matter of <u>Chen v. Shangyang, et al. (Doe v. Roe)</u>, Case No. 25-cv-06611 (N.D.Ill.)(ECF 28), please be advised:

    A MOTION FOR PRELIMINARY INJUNCTION HAS BEEN FILED AGAINST THE DEFENDANTS.

    ANY RESPONSES OR OBJECTIONS TO THAT MOTION MUST BE FILED BEFORE JULY 27, 2025.

    Attached please find the Order, as well as all papers upon which the Motion for Preliminary Injunction was based. This material includes the screenshot evidence relevant to the Defendants (that is, screenshot evidence showing the allegedly infringing product or products sold by the defendant) that were submitted in support of the temporary restraining order.

    As always, please feel free to be in touch with me further if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman

**Baruch S. Gottesman, Esq.**
New York Bar I.D. No. 4480539
New Jersey Bar I.D. No. 02222-2006
Gottesman Legal PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
e-mail: bg@gottesmanlegal.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.*