# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**QUIJU CHEN,**

Plaintiff,

*~ against ~*

**JIA SHANGYANG***;*
**KANGZHIYUAN***;*
**QZEUOUCU STORE***;*
**WEILI DENG***; and*
**JOHN DOES 1 – 10***,*

Defendants,

**Case No.: 1:25-cv-06611**

**District Judge:**
The Honorable John J. Tharp, Jr.

**Magistrate Judge:**
The Honorable Daniel P. McLaughlin

## CERTIFICATE OF SERVICE
### (SERVICE OF SUMMONS, COMPLAINT WITH ALL EXHIBITS, AND PRELIMINARY INJUNCTION ORDER)

1.      I am over 18 years of age and Counsel to the Plaintiff in the above-captioned matter.  I affirm the following under the penalties of perjury:

2.      On August 1, 2025, and consistent with the Honorable Court's Minute Entry (ECF 31 at ¶ 6) authorizing service by e-mail and publication, I served each Defendant with the Summons, the Complaint with all Exhibits, and the Preliminary Injunction Order.

3.      In addition we served the Defendants with a link to the publication website that includes the full un-sealed Docket in this matter.

4.      Annexed as Exhibit A is a complete, true and accurate copy of the e-mail sent to the Defendants.  These reflect all known e-mails of the Defendants, the e-mail of the

Defendants provided by Amazon.com, and the e-mail of all counsel (or prospective counsel) of

the Defendants who have contacted me about this case.

        5.      Annexed as Exhibit B is a complete, true and accurate copy of the

publication website https://linen-squirrel-472441.hostingersite.com as well as the full code of the

website showing that each item of the docket is posted and linked through that website.

        6.      For these reasons, the Plaintiff respectfully submits that Service on all

Defendants is now completed.

Augustu 1, 2025

                                    RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system.

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.