# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **QUIJU CHEN,**<br><br>　　　　　　　　Plaintiff,<br><br>　~ *against* ~<br><br>**JIA SHANGYANG**; **KANGZHIYUAN**; **QZEUOUCU STORE**; **WEILI DENG**; *and* **JOHN DOES 1 – 10**,<br><br>　　　　　　　　Defendants, | **Case No.: 1:25-cv-06611**<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM UPON AMAZON.COM, INC.** |

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM UPON AMAZON.COM, INC

**PLEASE TAKE NOTICE** pursuant to Fed. R. Civ. P. 45(a)(4) that Plaintiff Quiju Chen intends to serve the subpoena attached hereto upon Amazon.com, Inc.

s

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

By:　　　　　*/s/ Baruch S. Gottesman/*

　　　　　　　　　　　　　　　　　　Baruch S. Gottesman, Esq.
　　　　　　　　　　　　　　　　　　GOTTESMAN LEGAL PLLC
　　　　　　　　　　　　　　　　　　11 Broadway, Suite 615
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　Phone: (212) 401-6910
　　　　　　　　　　　　　　　　　　bg@gottesmanlegal.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on August 1, 2025, simultaneous with the filing of this Submission, a copy of this submission was served on the Docket using the CM/ECF system and upon all known addresses of the Defendants and their Counsel.

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.