IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUIJU CHEN,<br><br>                      Plaintiff,<br><br>~ against ~<br><br>JIA SHANGYANG;<br>KANGZHIYUAN;<br>QZEUOUCU STORE;<br>WEILI DENG; and<br>JOHN DOES 1 – 10,<br><br>                      Defendants, | Case No.: 1:25-cv-06611<br><br>**District Judge:**<br>The Honorable John J. Tharp, Jr.<br><br>**Magistrate Judge:**<br>The Honorable Daniel P. McLaughlin |

**STIPULATION TO WITHDRAW MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND FOR DEFAULT JUDGMENT
AS TO DEFENDANTS QZEUOUCU STORE AND JIA SHANGYANG ONLY**

       Plaintiff Quiju Chen ("Plaintiff") and Defendants Qzeuoucu Store, and Jia Shangyang, by and through their undersigned counsel, hereby stipulate and agree as follows:

       1.    The Motion for Entry of Default and for Default Judgment (ECF 43) is withdrawn as to Defendants Qzeuoucu Store and Jia Shangyang only, without prejudice.

       2.    The Motion is not withdrawn with respect to Defendant Weili Deng.

       3.    The time for Defendants Qzeuoucu Store and Jia Shangyang to Answer or otherwise Move with respect to the Complaint is extended until September 26, 2025.

4. Each party shall bear its own costs and fees related to this stipulation.

**SO STIPULATED.**

Dated: September 16, 2025

| For Plaintiff Quiju Chen<br><br>/s/ Baruch S. Gottesman<br>Baruch S. Gottesman, Esq.<br>GOTTESMAN LEGAL PLLC<br>11 Broadway, Suite 615<br>New York, NY 10004<br>*Counsel for Plaintiff Chen* | For Defendants Qzeuoucu Store and Jia Shangyang<br><br>/s/ Jianyin Liu<br>Jianyin Liu<br>THE LAW OFFICES OF JAMES LIU, LLC<br>15750 S.W. 92nd Ave, Unit 20C<br>Palmetto Bay, FL 33157<br>*Counsel for Defendants Qzeuoucu Store and Jia Shangyang* |
|---|---|

SO ORDERED:

_____
The Honorable John J. Tharp, Jr.
United States District Judge

Date: _____