# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Quiju Chen, et al.
                              Plaintiff,

v.                                                 Case No.: 1:25−cv−06611
                                                       Honorable John J. Tharp Jr.

John Doe 1, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 25, 2025:

    MINUTE entry before the Honorable John J. Tharp, Jr:Defendant's Motion for Rule 11 Sanctions [58] is acknowledged. Plaintiff shall respond by 10/8/2025, Defendant shall reply by 10/15/2025. The motion will be addressed on conjunction with the pending motion to dismiss [39]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.