| 日期 | 项目支出明细 | 金额 | 余额 | 凭证 |
|---|---|---|---|---|
| | | 初始资金 | 100000 | 100000 |
| 2022.12.14日 | 君臣论聘用线上运营 | 4000 | 96000 | |
| 2022.12.21日 | 购买亚马逊1店 | 3200 | 92800 | |
| 2022.12.21日 | 购买亚马逊1店商标 | 2700 | 90100 | |
| 2022.12.23日 | 购买亚马逊2店商标 | 2700 | 87400 | |
| 2022.12.28日 | 收到样板寄送运费 | 25 | 87375 | |
| 2022.12.28日 | 亚马逊1店虚拟卡信用卡 | 467 | 86908 | |
| 2023.01.03 | 项目合作聚餐费用 | 393 | 86515 | |
| 2023.01.05 | 购买摄像头注册店铺 | 80 | 86435 | |
| 2023.01.05 | 商标发票和合同 | 300 | 86135 | |

(TRANSLATION)

## Project Expenditure Details

| | | Amount (RMB) | Balance (RMB) | Proof |
| :--------- | :--------- | :----------- | :------------ | :------ |
| Date | Initial Capital | 100000 | 100000 | (Image) |
| 2022.12.14 | Jun Chen Lun Online Operations | 4,000 | 96,000 | (Image) |
| 2022.12.21 | Purchase of Amazon Store 1 | 3200 | 92800 | (Image) |
| 2022.12.21 | Purchase of Trademark for Amazon Store 1 | 2,700 | 90,100 | (Image) |
| 2022.12.23 | Purchase of Trademark for Amazon Store 2 | 2,700 | 87400 | (Image) |
| 2022.12.23 | Received sample shipping cost | 25 | 87,375 | |
| 2022.12.28 | Amazon Store 1 Virtual Card / Credit Card | 467 | 86,908 | |
| 2023.01.03 | Project Cooperation Meal Expenses | 393 | 86,515 | |
| 2023.01.05 | Purchase Webcam for Store Registration | 80 | 86,435 | |
| 2023.01.06 | Trademark Invoice and Contract Fee | 300 | 86,135 | |

## CERTIFICATION OF ACCURACY

I am proficient in both English and Chinese. I certify that the above translations from Chinese to English are accurate.

Mingbo Ye

*[signature]*   12/10/2025

Attorney Licensed in Texas (Bar# 24124835)
Email: mye@myiptrustlaw.com
Phone: +1(832)-462-0087
Address: 12603 Southwest Fwy Suite 210, Stafford TX 77477