18:22 📶 5G 🔋

< **买家已付款** ⋯

📍 **陈秋菊** 86-15913104770

广东省 广州市 白云区 太和镇 大源村大源东路岐山北西街21号

🏪 亚马逊服务处 >



美国商标注册亚马逊品牌... ￥100.00
12月23日 18:23前发货 x27

退款

实付款 ￥2700.00

订单编号： 1776387217271171860 | 复制

交易快照 发生交易争议时，可作为判断依据 >

花呗账单： 去支付宝中查看 >

查看更多 ⌄

**遇到问题？**

🐷 联系卖家   💬 投诉卖家

— ❤ 你可能还喜欢 —

催发货

**(TRANSLATION)**

< Buyer Has Paid

Qiuju Chen 86-15913104770
21 Qishan Beixi Street, Dayuan East Road, Dayuan Village, Taihe Town, Baiyun District, Guangzhou City, Guangdong Province, China


Amazon Service

US Trademark Registration for Amazon Brand….    ¥100.00
Ship by: December 23, 18:23                      x27


(Image) MeiTuan Trademark Registration
Dedicated Service for Amazon Brands

---

 Actual Amount Paid                              ￥2700.00

Order Number:
1776387217271171860 | Copy

Transaction Snapshot
Can be used as evidence in case of transaction disputes.

Huabei Bill:
View in Alipay

View More


 Encountered a Problem?

- [ ] Contact Seller
- [x] File a Complaint Against Seller


—— You Might Also Like——

## CERTIFICATION OF ACCURACY

      I am proficient in both English and Chinese. I certify that the above translations from Chinese to English are accurate.

Mingbo Ye

*Mingboye*    12/10/2025

Attorney Licensed in Texas (Bar# 24124835)
Email: mye@myiptrustlaw.com
Phone: +1(832)-462-0087
Address: 12603 Southwest Fwy Suite 210, Stafford TX 77477