项目支出明细

| | | 项目支出明细 | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 20 | 2023.02.06 | 汇入北京楚楚店合股分账系列 | 15.0 | 83780.54(?) | |
| 21 | 2023.02.16 | 支付亚马逊2店发票合同费用 | 300 | 83780.54 | 凭证 |
| 22 | 2023.02.18 | 加急品牌备案费用 | 600 | 83180.54 | |

**(TRANSLATION)**

**Project Expenditure Details**

| Date | Description | Amount (RMB) | Balance (RMB) | Voucher |
|---|---|---|---|---|
| 2023/02/16 | Payment for Amazon Store 2 Invoice & Contract Fee | 300 | 83,780.54 | (image) |
| 2023.02.18 | Expedited Brand Filing Fee | 600 | 83180.54 | (image) |

## CERTIFICATION OF ACCURACY

I am proficient in both English and Chinese. I certify that the above translations from Chinese to English are accurate.

Mingbo Ye

    12/10/2025

Attorney Licensed in Texas (Bar# 24124835)
Email: mye@myiptrustlaw.com
Phone: +1(832)-462-0087
Address: 12603 Southwest Fwy Suite 210, Stafford TX 77477