**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **QUIJU CHEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 25 C 6611** |
| **JIA SHANGYANG, KANGZHIYUAN,** | ) | |
| **QZEUOUCU STORE, WEILI DENG,** | ) | **Magistrate Judge** |
| **and JOHN DOES 1-10,** | ) | **Daniel P. McLaughlin** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**REPORT AND RECOMMENDATION**

Daniel P. McLaughlin, Magistrate Judge

This matter coming before the Magistrate Judge on referral including discovery supervision and settlement [81], and the Magistrate Judge having the authority to recommend dispositive action by the district court, 28 U.S.C. § 636(b)(1)(B) and (C), the undersigned enters this Report and Recommendation recommending dismissal of the above-captioned matter for want of prosecution.

**DISCUSSION**

"Dismissal for failure to prosecute is appropriate where there is a clear record of delay or contumacious conduct." *Wolinsky v. Senior Health Ins. Co. of Pennsylvania*, No. 11 C 4615, 2013 WL 389026, at *6 (N.D. Ill. Jan. 31, 2013) (citations and internal quotations omitted). At this juncture in this case, Plaintiff has missed filing and/or failed to participate in the drafting of six status reports. As

such, Plaintiff has failed to abide by six Court orders. (*See* [82], [92], [95], [96], [98], [100].) The Court finds that such behavior constitutes contumacious conduct warranting dismissal of this action. *See Young v. Advance Servs., Inc.*, No. 22 C 4720, 2023 WL 11931161, at *2 (N.D. Ill. Feb. 23, 2023) ("[A] party's repeated failures to meet court-ordered deadlines . . . is itself 'contumacious conduct' capable of justifying dismissal."). Ultimately, "[t]his court has given [Plaintiff] repeated opportunities to prosecute this action and the court has considered lesser sanctions, but it is apparent that [Plaintiff] has no intention to prosecute this case within established rules and the only appropriate course at this juncture is to dismiss the instant action for want of prosecution." *Trask v. Boyd*, No. 11 C 6907, 2013 WL 12158128, at *1 (N.D. Ill. Feb. 26, 2013).

## <u>CONCLUSION</u>

For the foregoing reasons, the undersigned recommends that the District Judge dismiss the above-captioned matter for want of prosecution. The parties have fourteen days from the date of service of this Report and Recommendation to file objections with the District Judge. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1).

Failure to object constitutes a waiver of the right to appeal. *Tumminaro v. Astrue,* 671 F.3d 629, 633 (7th Cir. 2011).

**SO ORDERED.**                                    **ENTERED:**

**DATE:**     May 29, 2026                                   

**HON. DANIEL P. McLAUGHLIN**
**United States Magistrate Judge**

3