# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Quiju Chen, et al.

                Plaintiff,

v.

John Doe 1, et al.

                Defendant.

Case No.: 1:25–cv–06611
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: For the reasons set forth in the Report and Recommendation of the assigned Magistrate Judge, and in the absence of any objection thereto, the Court accepts the Magistrate Judge's Report and Recommendation. This case is dismissed for want of prosecution. Judgment shall be entered against the plaintiff Quiju Chen and in favor of defendants Jia Shanbyang, Kangzhiyuan, Qzeuoucu store, and Weili Deng. Civil case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.