**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| QUIJU CHEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25-cv-06611 |
| v. | ) | |
| | ) | Judge John J. Tharp, Jr. |
| JIA SHANBYANG, KANGZHIYUAN, | ) | |
| QZEUOUCU STORE, and WEILI | ) | |
| DENG, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

This action having been dismissed for want of prosecution by Judge John J. Tharp, Jr., it

is hereby ORDERED:

Judgment is hereby entered in favor of defendants Jia Shanbyang, Kangzhiyuan, Qzeuoucu

store, and Weili Deng and against the plaintiff Quiju Chen.

_____
John J. Tharp, Jr.
United States District Judge

Date: June 22, 2026