**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Quiju Chen, et al.

Plaintiff,

v.

Case No.: 1:25−cv−06611
Honorable John J. Tharp Jr.

John Doe 1, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' motion to apply the registry bond toward partial satisfaction of judgment [109] is granted. The Court directs the Clerk of Court to release and apply the $1,000 registry bond previously posted by Plaintiff toward partial satisfaction of the Judgment entered on June 22, 2026, and the fee−and−cost award entered on July 13, 2026, and to credit the $1,000 against the costs awarded to Defendants. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.